**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHARLES BERGER, | |
| Plaintiff, | Case No. 1:18-cv-03979 |
| v. | |
| SAM'S WEST, INC., | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL

Now come the Plaintiff, Charles Berger and the Defendant, Sam's West, Inc., by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above matter with prejudice, with each party bearing its own costs and attorneys' fees.


Respectfully submitted,                         Respectfully submitted,

CHARLES BERGER                                  SAM'S WEST, INC.

By:  /s/ David B. Levin                    By:  /s/ Susan M. Zoeller
     Attorney for Plaintiff                     Attorney for Defendant
     Illinois Attorney No. 6212141              Jackson Lewis P.C.
     Law Offices of Todd M. Friedman, P.C.      211 N Pennsylvania St., Suite 1700
     333 Skokie Blvd., Suite 103                Indianapolis, IN 46204
     Northbrook, IL 60062                       Phone: (317) 489-6965
     Phone: (224) 218-0882                      susan.zoeller@jacksonlewis.com
     dlevin@toddflaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff